AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: MICHAEL C. MCGINNIS
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2305

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| IN RE NONJUDICIAL CIVIL FORFEITURE PROCEEDING REGARDING $1,462,033.56 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN JPMORGAN CHASE BANK, N.A., ACCOUNT 468406991, HELD IN THE NAME OF CROTON JEWELRY INTERNATIONAL, L.L.C. | STIPULATION AND ORDER<br><br>20 MAG _____ |

------------------------------------------------------------------x

        WHEREAS, on or about June 5, 2020, agents from the United States Secret Service (the "USSS") seized approximately $1,462,033.56 in United States currency (the "Subject Property") from JPMorgan Chase Bank, N.A., Account 468406991, held in the name of "Croton Jewelry International, L.L.C.;

        WHEREAS, the USSS subsequently commenced administrative proceedings to forfeit the aforementioned Subject Property;

        WHEREAS, on or about June 11, 2020, the USSS received a claim from Sheldon Eisenberger, Esq. counsel for CJI Trading LLC f/k/a Croton Jewelry International LLC ("CJI")(the "Claimant"), asserting its interest in Subject Property;

        WHEREAS, Title 18, United States Code, Section, 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section, 983(a)(3), the United States is required to file a civil complaint to forfeit the Subject Property no later than September 9, 2020; and

WHEREAS, the Government, by and through Assistant United States Attorney Michael C. McGinnis, and the Claimant, by and through its attorney, Sheldon Eisenberger, Esq., are discussing a possible disposition of this case and desire an extension, until October 9, 2020, of the deadline for the Government to file a complaint against the Subject Property in order to continue those discussions;

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Subject Property is extended from September 9, 2020, up to and including October 9, 2020.

Dated: New York, New York
September 4, 2020

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York
Attorney for Plaintiff

By: _____
Michael C. McGinnis
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone.: (212) 637- 2305
Fax.: (212) 637-0084

9/4/2020
DATE

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

CJI Trading LLC f/k/a Croton Jewelry International LLC

By: _____           9/8/20
Sheldon Eisenberger, Esq.                     DATE
Counsel for the CJI Trading LLC f/k/a
Croton Jewelry International LLC ("CJI")
711 Third Avenue, 14th Fl.
New York, NY 10017
Office.: (212) 687.6262
Fax.: (212) 687.3667


So Ordered:


_____           _____
UNITED STATES DISTRICT JUDGE (PART I)         DATE
SOUTHERN DISTRICT OF NEW YORK